IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Wilbert Johnson
December 9, 1987
#562071 / #3100172
DRCF
2020 Toulson Rd.
Jessup, MD. 20794
*(Full name, date of birth, identification #, address of petitioner)*
**Plaintiff,**

v.

Stacie Mast,R; Holly Pierce,NP; Krista Bilak RNP
14100 Mc Mullen Hwy., S.W.
Cumberland, MD. 21502
Wexford Health Services;
501 Holiday Dr., Foster Plaza Four
Pittsburgh, PA 15220
*(Full name and address of respondent)*
**Defendant(s).**

Case No.: _____
*(Leave blank. To be filled in by Court.)*

## COMPLAINT

I. Previous Lawsuits

   A. Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants?

   YES ☑   NO ☐

   B. If you answered YES, describe that case(s) in the spaces below.

      1. Parties to the other case(s):

      Plaintiff: Wilbert Johnson

      Defendant(s): Stacie Mast R; Holly Pierce NP; Krista Bilak RNP

      2. Court (if a federal court name the district; if a state court name the city or county):

      Circuit Court For Allegany County, MD.

3. Case No.: C-01-CV-19-000141

4. Date filed: Feb. 22, 2019

5. Name of judge that handled the case: Honorable Judge Getty

6. Disposition (won, dismissed, still pending, on appeal): Dismissed Without Prejudice

7. Date of Disposition: Dec. 4, 2019

II. Administrative Proceedings

A. If you are a prisoner, did you file a grievance as required by the prison's administrative remedy procedures?

YES ☑   NO ☐

1. If you answered YES:

    a. What was the result? Deemed Meritorious with no results & had to further process

    b. Did you appeal?
       YES ☑   NO ☐

2. If you answered NO to either of the questions above, explain why: _____

III. Statement of Claim
(Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

On May 5, 2018, after incident and injury occurred I seen Stacie Mast and addressed my hand being red & swollen, as well as my eyes burning from Mace and was offered no medical treatment. May 25, 2018, I seen Krista Bilak for acute fracture and giving inadequate treatment. July 2018, Holly Pierce followed up, lied on injury, denied meds, and prolonged access of treatment. (see Exhibits)

IV. Relief
   (State briefly what you want the Court to do for you.)

Grant, Punitive Damages in the amount of Seventy-five thousand dollars ($75,000.00) from Wexford and five thousand dollars ($5,000.00) jointly from other defendants; Grant, Compensatory Damages in the amount of five thousand dollars ($5,000.00), jointly from the defendants; Grant any and all fees & costs associated with the filing of this complaint; Grant, any other such relief deemed just & equitable.

SIGNED THIS __10__ day of __February__, __2021__.

_Wilbert Johnson_ #562071 #3100172
Signature of Plaintiff

Wilbert Johnson #562071 #3100172
Printed Name

DRCF

2020 Toulson Rd.; Jessup, MD. 20794
Address

_____
Telephone Number

_____
Email Address

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Wilbert Johnson
Dec. 9, 1987
#562071 / #3100172
DRCF
2020 Toulson Rd.
Jessup, MD. 20794
*(Full name, date of birth, identification #, address of petitioner)*
**Plaintiff,**

v.

Stacie Mast, R; Holly Pierce, NP;
Krista Bilak, BNP; 14100 McMullen Hwy.,
S.W., Cumberland, MD. 21502;
Wexford Health Services; 501
Holiday Dr., Foster Plaza Four,
Pittsburgh, PA 15220
*(Full name and address of defendant)*
**Defendant(s).**

Case No.: _____
*(Leave blank. To be filled in by Court.)*

### CERTIFICATE OF SERVICE

I hereby certify that on February 10th, 2021 a copy of My (6) Month institutional account & summary of evidence was mailed via first class mail, postage prepaid, to the Clerk of Court for the U.S. District Court of Baltimore MD.

Wilbert Johnson #562071 #3100172
Signature of Plaintiff

Wilbert Johnson #562071 #3100172
Printed Name

DRCF
2020 Toulson Rd; Jessup, MD. 20794
Address

Telephone Number

Email Address